# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF NORTH DAKOTA, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>BELL FOURCHE PIPELINE COMPANY, <br><br>　　　　Defendant. | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE** <br><br><br> Case No. 1:22-cv-089 |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on June 1, 2023, at 9:00 AM. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

　Tel. No.: (877) 810-9415

　Access Code: 8992581

Parties are advised that telephone conferences may be electronically recorded for the convenience of the Court.

　Dated this 29th day of August, 2022.

　　　　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
　　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　　United States District Court