IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America and State of North Dakota, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Belle Fourche Pipeline Company, | ) ) | Case No. 1:22-cv-89 |
| Defendant. | ) | |

On August 2, 2023, the parties filed a joint Motion to Vacate the Scheduling Order. (Doc. No. 28). Therein they advised that they had reached a partial settlement embodied in a Partial Consent Decree and were continuing negotiations to resolve the remaining Reserved Remediation Claims. They requested that court vacate the scheduling and discovery order with the caveat that they would request a pretrial status conference and submit a proposed plan should they be unable to reach an agreement resolving the Reserved Remediation Claims.

On August 10, 2023, the court issued an order granting the Parties' motion, vacated the scheduling and discovery order, and directed the parties to submit joint reports every six months starting on November 15, 2023, and to notify the Court should they reach final settlement of the Reserved Remediation Claims or otherwise want to schedule a status conference. (Doc. No. 29). However, the court left intact the final pretrial conference and bench trial respectively scheduled for February 10 and 24, 2025.

The Parties advised in their most recent status report dated May 15, 2024, that they are continuing to take steps toward a consensual resolution of the Reserved Mediation claims. (Doc. No. 37). As the scheduling and discovery order has been vacated and the parties are continuing to

1

work toward a resolution of this matter, the court, on its own motion, cancels the final pretrial conference and bench trial with the understanding that they may be rescheduled at a later date as necessary. The parties shall continue to submit status reports as previously directed.

**IT IS SO ORDERED.**

Dated this 6th day of November, 2024.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court