IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

Civil Action No. 1:22-cv-00089-DLH-CRH

UNITED STATES OF AMERICA and
STATE OF NORTH DAKOTA,

       Plaintiffs,

v.

BELLE FOURCHE PIPELINE COMPANY,

       Defendant.

## JOINT STATUS REPORT

Plaintiffs United States of America and the State of North Dakota and Defendant Belle Fourche Pipeline Company ("Belle Fourche") (collectively, the "Parties") jointly submit this status report to advise the Court on the Parties' efforts to resolve the Reserved Remediation Claims,[1] pursuant to the Court's Order Vacating Scheduling Order (ECF No. 29).

The Parties most recently submitted a status report on April 1, 2025, detailing efforts to resolve the Reserved Remediation Claims (ECF No. 42).

Since April 1, 2025, the Parties have continued taking steps toward a consensual resolution of the Reserved Remediation Claims, including:

---

[1] The Reserved Remediation Claims are identified in the Partial Consent Decree (ECF No. 35) at Paragraphs 63(a) and 64(a-b).

1. Belle Fourche's consultants prepared a draft workplan to effectuate the Remedy Proposal and submitted it to the United States and North Dakota on March 7, 2025. The United States and North Dakota continue to review the proposed workplan.

2. The United States and North Dakota provided a revised draft term sheet to Belle Fourche on April 25, 2025 and Belle Fourche intends to provide a response to the United States and North Dakota the week of May 19, 2025.

3. In the meantime, Belle Fourche has continued to conduct its scheduled monitoring and product recovery events consistent with previous years.

4. The Parties hope to finalize the agreement and memorialize mutually acceptable terms in a final Consent Decree resolving the Reserved Remediation Claims for the Court's review and approval.

5. Accordingly, the Parties will provide an additional status report no later than August 18, 2025, and at least once every three months thereafter, advising the Court of the status of their efforts to finalize a settlement of the Reserved Remediation Claims.

Dated: May 15, 2025

Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA**

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Johanna M. Franzen*
MARK C. ELMER
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202

Tel: (303) 844-1352 | Fax: (303) 844-1350
Email: mark.elmer@usdoj.gov


JOHANNA M. FRANZEN
United States Department of Justice
Environmental Enforcement Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 305-0467
Email: johanna.franzen@usdoj.gov

*Attorneys for the United States of America*


**FOR THE STATE OF NORTH DAKOTA, NORTH DAKOTA DEPARTMENT OF ENVIRONMENTAL QUALITY**

DREW H. WRIGLEY
North Dakota Attorney General


*/s/ Erik J. Wallevand*
ERIK J. WALLEVAND
Assistant Attorney General
Office of Attorney General
500 North 9th Street
Bismarck, North Dakota 58501-4509
Tel: (701) 328-3640 | Fax: (701) 328-4300
Email: ewallevand@nd.gov

*Attorney for the State of North Dakota*


**FOR DEFENDANT BELLE FOURCHE PIPELINE COMPANY**

*/s/ Colin G. Harris*
BENJAMIN J. SAND (ND ID #07981)
100 West Broadway Ave., Suite 250
P.O. Box 2798
Bismarck, ND 58502-6585
Phone: (701) 223-6585

Fax: (701) 222-4853
BSand@crowleyfleck.com

JEFFREY J. OVEN
PAMELA C. GARMAN
Crowley Fleck PLLP
490 North 31st Street, Suite 500
Billings, Montana 59103-2529
Phone: (406) 252-3441
JOven@crowleyfleck.com
PGarman@crowleyfleck.com


NEIL G. WESTESEN
Crowley Fleck PLLP
900 North Last Chance Gulch, Suite 200
Helena, Montana 59601
Phone: (406) 556-1430
NWestesen@crowleyfleck.com


COLIN G. HARRIS (pro hac vice)
LAURENCE W. DEMUTH, III (pro hac vice)
MATTHEW D. CLARK (pro hac vice)
Faegre Drinker Biddle & Reath, LLP
1470 Walnut Street, Suite 300
Boulder, Colorado 80302
(303) 447-7700
colin.harris@faegredrinker.com

*Attorneys for Defendant Belle Fourche Pipeline Company*