IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

Civil Action No. 1:22-cv-00089-DLH-CRH

UNITED STATES OF AMERICA and
STATE OF NORTH DAKOTA,

      Plaintiffs,

  v.

BELLE FOURCHE PIPELINE COMPANY,

      Defendant.

---

## AGREED PROTECTIVE ORDER

---

## I.    INTRODUCTION

Plaintiffs United States of America and the State of North Dakota ("Plaintiffs") and

Defendant Belle Fourche Pipeline Company (Belle Fourche) (collectively, the "Parties") are

currently negotiating a settlement in this matter.  As a part of these negotiations, it is

contemplated that Belle Fourche will provide financial assurance, for the benefit of the North

Dakota Department of Environmental Quality (NDDEQ), related to a Remediation Work Plan.

To meet the financial assurance requirement, Bridger Pipeline LLC (Bridger) will

provide certain financial documentation sufficient to show that Bridger can ensure completion of

the Remediation Work Plan if Belle Fourche fails to do so.  The Parties acknowledge that the

documentation required to be produced contains trade secret, proprietary, commercial, and

financial information that is confidential, is of a privileged nature and has not been previously

1

publicly disclosed, all within the meaning of N.D.C.C. ch. 44-04-18.4, without exclusion.  Such information may include, but is not limited to, non-public revenue, cost, income, pricing, profit, loss, or other non-public financial data that constitutes, in whole or in part, commercial or financial information, that may cause competitive or financial harm to Belle Fourche and Bridger if disclosed.  Any such information is referred to here as "Confidential Financial Information."

**II.      SCOPE OF CONFIDENTIAL FINANCIAL INFORMATION**

As used in this Order, Confidential Financial Information means any financial, business, confidential or any other information provided to NDDEQ pursuant to Paragraphs 19(b) and 20 of the Final Consent Decree.

**III.     DESIGNATION OF CONFIDENTIAL FINANCIAL INFORMATION**

Information produced pursuant to this Order may be designated in any reasonable manner by Belle Fourche or Bridger (each, a "Designating Party") that notifies NDDEQ of the designation as Confidential Financial Information.  Such designation may be made by stamping or otherwise marking each designated page of the document or electronic image with "CONFIDENTIAL" or a similar designation.  The failure to designate information produced pursuant to this Order does not waive the Designating Party's right to secure protection under this Order for such information.

 If the Designating Party inadvertently produces Confidential Financial Information without marking it as such, the information must be treated as if it had been timely designated under this Order as of the date NDDEQ receives notice of the inadvertent production.  The Designating Party may notify NDDEQ that a substitute production will be made that contains a designation.  NDDEQ must certify to the Designating Party that it has returned or destroyed all undesignated copies of Confidential Financial Information.

**IV.   LIMITED USE OF AND ACCESS TO CONFIDENTIAL FINANCIAL INFORMATION**

    A.    <u>Restricted Use</u>

Confidential Financial Information that is produced under this Order may be used solely for purposes of evaluating the requirements in Paragraph 19 of the Final Consent Decree, and for no other purpose.  No Confidential Financial Information may be disclosed to any person except in accordance with the terms of this Order.  NDDEQ and its employees in possession of Confidential Financial Information agree to exercise the highest degree of care about the custody, use, or storage of such information to ensure that its confidentiality is maintained.

    B.    <u>Limited Access to Confidential Financial Information</u>

The parties and all persons subject to this Order agree that Confidential Financial Information may only be accessed or reviewed by the following:

1.    The Court, its personnel, and court reporters;

2.    Counsel of record for any party in this action and their employees who assist counsel of record in this action and are informed of the duties hereunder; and

3.    NDDEQ and its employees who are specifically assisting with the evaluation of the requirements in Paragraph 19 of the Final Consent Decree, so long as each employee has signed the acknowledgment to be bound to the terms of this Order that is attached hereto as Exhibit A.

**V.   CONFIDENTIAL INFORMATION SUBPOENAED OR REQUESTED**

The parties acknowledge that the Confidential Financial Information contains trade secret, proprietary, commercial, and financial information that is confidential, is of a privileged nature and has not been previously publicly disclosed, all within the meaning of N.D.C.C. ch. 44-04-18, without exclusion.  This Order prohibits the public disclosure by NDDEQ of Confidential Financial Information.  If NDDEQ or any other person receiving Confidential

Financial Information is served with a subpoena or an order that would compel disclosure of any Confidential Financial Information, or is requested to produce such information under an open records law or otherwise, NDDEQ or any other person receiving Confidential Financial Information must notify the Designating Party, in writing, immediately and in no event more than seven (7) business days after receiving the subpoena, order, or request. Such notification must include a copy of the subpoena, order or request.  NDDEQ or such person also must immediately inform in writing the party who caused the subpoena, order or request to issue that the Confidential Financial Information is prohibited from disclosure by this Order.

**VI.    SURVIVAL AND OBLIGATIONS UPON TERMINATION**

The obligations imposed by the Protective Order shall survive termination of the above-captioned matter.  Within 30 days after the date that the obligation to provide evidence of financial assurance with a corporate guarantee terminates, pursuant to Paragraph 20 of the Final Consent Decree, all copies of Confidential Financial Information shall either be destroyed or returned to the Designating Party.  If Confidential Financial Information was produced in electronic form, or was put into electronic form by the NDDEQ with the consent of the Designating Party, then the NDDEQ shall delete all electronic copies from all computer systems, disks, and other electronic medium and devices. All counsel of record for NDDEQ shall make certification of compliance herewith for itself and for any person who received Confidential Financial Information and shall deliver the same to counsel for Belle Fourche not more than 60 days after the obligation to provide evidence of financial assurance with a corporate guarantee terminates, pursuant to Paragraph 20 of the Final Consent Decree.  The Clerk may return to counsel or destroy any Confidential Financial Information in its possession.

Dated: June 24, 2026

IT IS SO ORDERED.

Date: _____    _____
                                 Clare R. Hochhalter
                                 United States Magistrate Judge


**STIPULATED AND APPROVED:**


FOR THE UNITED STATES OF AMERICA


s/ *Mark C. Elmer*
MARK C. ELMER
Senior Counsel
Environmental Enforcement Section
U.S. Department of Justice
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
(303) 844-1352 (Phone)
Mark.Elmer@usdoj.gov


FOR THE STATE OF NORTH DAKOTA


*/s/ Matthew Sagsveen*
MATTHEW SAGSVEEN (ND ID # 05613)
Assistant Attorney General
Office of Attorney General
500 North 9th Street
Bismarck, North Dakota 58501-4509
Tel: (701) 328-3640 | Fax: (701) 328-4300
Email: masagsve@nd.gov

FOR BELLE FOURCHE PIPELINE COMPANY


s/ *Colin G. Harris*
COLIN G. HARRIS (pro hac vice)
LAURENCE W. DEMUTH, III (pro hac vice)
MATTHEW D. CLARK (pro hac vice)
Faegre Drinker Biddle & Reath LLP
1470 Walnut Street, Suite 300
Boulder, CO 80302
Phone: (303) 447-7736
Email: colin.harris@faegredrinker.com

BENJAMIN J. SAND (ND ID #07981)
100 West Broadway Ave., Suite 250
P.O. Box 2798
Bismarck, ND 58502-6585
Phone: (701) 223-6585
Fax: (701) 222-4853
BSand@crowleyfleck.com

NEIL G. WESTESEN
Crowley Fleck PLLP
900 North Last Chance Gulch, Suite 200
Helena, Montana 59601
Phone: (406) 556-1430
NWestesen@crowleyfleck.com


*Attorneys for Defendant Belle Fourche Pipeline Company*

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

Civil Action No. 1:22-cv-00089-DLH-CRH

UNITED STATES OF AMERICA and
STATE OF NORTH DAKOTA,

       Plaintiffs,

  v.

BELLE FOURCHE PIPELINE COMPANY,

       Defendant.

---

**AGREEMENT TO ADHERE TO PROTECTIVE ORDER**

---

I acknowledge that I have received a copy of the Protective Order entered in this Action (the "Order"), that I have read the Order, and that I agree to be bound to the terms of the Order.

I further acknowledge that, under the terms of the Order, I am forbidden to use or disclose to any person Confidential Financial Information, except as expressly permitted under the terms of the Order.

I understand that if I violate any term of the Order, I may be subject to sanctions by the Court.

Dated this _____ day of _____, 2026.

 

_____
Signature

 

_____
Print Name

7